*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**


LINDA S. BEZZARD

vs.                                         NO.  3:05CV00097 SWW

SECURITAS SECURITY SERVICES USA, INC.


<u>**ORDER**</u>

By this Court's previous order, plaintiff's demand for a jury trial was granted. Therefore, the above case is now scheduled for trial to a ***jury of not fewer than six members*** as provided by Rule 48 of the Federal Rules of Civil Procedure.  This order will modify the Court's requirements with respect to a jury trial.

The date and time of trial shall remain as previously scheduled at 1:30 p.m. during the week beginning **MONDAY, JULY 24, 2006**, in Jonesboro, Arkansas. Counsel are to be present 30 minutes prior to trial.

<u>***An agreed set of jury instructions***</u> shall be submitted to the court no later than **15 calendar days** prior to trial.  Eighth Circuit Model Jury Instructions should be used when possible.  A party requesting an instruction which cannot be agreed to should submit that instruction , along with a statement of authority, to the Court.  If possible, the Court requests counsel to provide the instructions saved as a WordPerfect document or Rich Text Format file attached to an e-mail addressed to [swwchambers@ared.uscourts.gov.](mailto:swwchambers@ared.uscourts.gov)  Please type the case name and number in the subject box.  Otherwise, the Court requests the parties to provide the instructions on a 3 ½" diskette, along with the written copy.

The parties are directed to ***submit proposed voir dire questions*** to the Court along with the instructions.

Counsel are not required to submit trial briefs and proposed Findings of Fact and Conclusions of Law in jury trials.

- 2 -

All other deadlines and instructions set forth in the Court's Final Scheduling Order entered September 16, 2005, shall remain in full force and effect.

IT IS SO ORDERED this 30th day of November, 2005.


/s/Susan Webber Wright


UNITED STATES DISTRICT JUDGE