## *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

LINDA S. BEZZARD

vs.                              NO. 3:05CV00097 SWW

SECURITAS SECURITY USA, INC.

### ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties in this matter stating that this matter has been resolved,

IT IS THEREFORE ORDERED that all claims in this cause of action are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 22nd day of June, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE